**Order entered January 25, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00947-CV

## IN THE INTEREST OF C.T.C., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-05158**

## ORDER

The reporter's record in this appeal is past due.  Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file, **no later than February 9, 2021**, either the reporter's record or written verification appellant has not requested the record.  Because appellant filed a statement of inability to pay costs and the record does not reflect the trial court has ordered she pay costs, the record, if requested, shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We caution appellant that the appeal may be submitted without the reporter's record should the Court be notified that appellant has not requested the record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE